UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1851
_____

UNITED STATES OF AMERICA,

v.

JOSÉ AMAYA-VASQUEZ,
                Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-16-cr-0016-001)
District Judge: Honorable Noel L. Hillman

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on January 10, 2019

Before: AMBRO, BIBAS, and FUENTES, *Circuit Judges*

_____

JUDGMENT

_____

    This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on January 10, 2019.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered on April 18, 2018 is **AFFIRMED**. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

                                                       ATTEST:

                                                       s/ Patricia S. Dodszuweit
                                                       Clerk

Dated: January 11, 2019